___ /Priority
___ / Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT

MAY 24 2002

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APV BAKER, A DIVISION OF APV BAKER NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TUSHA BUILDINGS, INC., et al., <br><br> Defendants. | Case No. CV 01-10536 ER <br><br> ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO EFFECT SERVICE ON DEFENDANTS |

GOOD CAUSE HAVING BEEN SHOWN, Plaintiff's request for an extension of time to effect service is HEREBY GRANTED under Fed. R. Civ. P. 4(m) and 6(b). Plaintiff has 60 days from the date of this Order in which to effect service on the remaining Defendants in this action.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel for the parties in this matter.

Dated: **MAY 24 2002**

ENTERED ON ICMS

MAY 29 2002

CV

_____
EDWARD RAFEEDIE
Senior United States District Judge